(See List of Counsel on Last Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTUITIVE SURGICAL, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA INSTITUTE OF TECHNOLOGY<br><br>Defendant. | Action No. C07-0063 CW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following Stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR Process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 305)*

FLIESLER
MEYER LLP

1

**Stipulation and [Proposed] Order Selecting an ADR Process**
Action No. C07-0063 CW

**Private Process:**

The parties have chosen Private Mediation.

The parties have not yet agreed on a date for the Mediation.

FLIESLER MEYER LLP

DATED: March 23, 2007          /s/ Martin C. Fliesler
Martin C. Fliesler (SBN 073768)
Rex Hwang (SBN 221079)
FLIESLER MEYER LLP
650 California Street, 14th Floor
San Francisco, CA  94108
Telephone:  (415) 362-3800
Facsimile:   (415) 362-2928
mcf@fdml.com
rhwang@fdml.com
          AND
SHORE CHAN BRAGALONE, LLP
Michael W. Shore (*Pro Hac Vice*)
Alfonso Garcia Chan (*Pro Hac Vice*)
Joseph F. DePumpo (*Pro Hac Vice*)
Justin B. Kimble (*Pro Hac Vice*)
325 N. St. Paul Street, Suite 4450
Dallas, Texas  75201
Telephone:  (215) 593-9110
Facsimile:    (214) 593-9111

Attorneys for Defendant, CALIFORNIA INSTITUTE OF TECHNOLOGY

2

FLIESLER MEYER LLP

**Stipulation and [Proposed] Order Selecting an ADR Process**
Action No. C07-0063 CW

| | |
|---|---|
| | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| DATED: March 23, 2007 | /s/ Philip F. Atkins-Pattenson<br>Philip F. Atkins-Pattenson (SBN 094901)<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947<br>patkinspattenson@sheppardmullin.com |

Attorneys for Plaintiff, INTUITIVE SURGICAL, INC.

**ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
  X Private ADR

Deadline for ADR session:
  X 90 days from the date of this Order.
    Other

IT IS SO ORDERED THIS 28th DAY OF March, 2007.

*[signature]*

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

---

FLIESLER MEYER LLP

3

**Stipulation and [Proposed] Order Selecting an ADR Process**
Action No. C07-0063 CW